**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-6971**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

THOMAS CREIGHTON SHRADER,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  Irene C. Berger, District Judge.  (1:09-cr-00270-1)

─────────────

Submitted:  December 15, 2022                    Decided:  December 20, 2022

─────────────

Before GREGORY, Chief Judge, and WILKINSON and DIAZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Thomas Creighton Shrader, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Creighton Shrader appeals the district court's order denying his "Motion for Immediate Release and Order Null and Voiding Defendant/Petitioners 2010 Federal Conviction(s) and Sentence Pursuant to Fourth Circuit Court of Appeals Holding and Order," as supplemented, and his "Motion for Voidable Application." We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *United States v. Shrader*, No. 1:09-cr-00270-1 (S.D.W. Va. Aug. 2, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*